UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUDY GARCIA DOMINGO,

        Petitioner,

v.

DORA CASTRO, in official capacity, Facility Administrator of Otero County Processing Center; MARY DE ANDA-YBARRA, in official capacity, Field Office Director of ICE's El Paso Field Office; TODD M. LYONS, in official capacity, Acting Director of ICE, KRISTI NOEM, in official capacity, Secretary of the U.S. Department of Homeland Security; PAM BONDI, in official capacity, Attorney General of the United States,

        Respondents.

Case No. 1:25-cv-00979-DHU-GJF

## ORDER POSTPONING OCTOBER 30 ICE CHECK-IN

THIS MATTER is before the Court following the Status Conference held on October 28, 2025, in this case. Doc. 14. During the Status Conference, the parties requested clarification on whether Respondents subjecting Petitioner to an Immigration and Customs Enforcement ("ICE") check-in on October 30, 2025, would violate the Court's Order Granting Petitioner's Motion for a Temporary Restraining Order (Doc. 7). *See* Doc. 15.

The Court has determined that briefing by the parties is necessary before issuing its ruling. Accordingly, it is HEREBY ORDERED that Petitioner's ICE check-in scheduled for October 30, 2025, be postponed until briefing is complete and the Court issues its ruling.

                                                          _____
                                                   HONORABLE DAVID HERRERA URIAS
                                                   United States District Judge